JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ECHEVERRIA,<br><br>Petitioner,<br><br>v.<br><br>IMMIGRATION AND NATURALIZATION SERVICE,<br><br>Respondent. | NO. CV 05-1833 DDP (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 6-16, 2008.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE